CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Humberto Federico Cruz-Guajardo<br>DOB: 2006; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-01234MJ |

Complaint for violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 U.S.C. § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about October 28, 2025, in the District of Arizona, **Humberto Federico Cruz-Guajardo**, knowing or in reckless disregard that certain aliens had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.
**COUNT 2 (Misdemeanor)** On or about October 28, 2025, in the District of Arizona, **Humberto Federico Cruz-Guajardo**, knowing that certain illegal aliens had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18, United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 28, 2025, in the District of Arizona (Lukeville), Border Patrol agents (BPAs) were observing traffic on State Route (SR) 85 near mile marker 58. At approximately 10:20 a.m., BPAs observed a 2020 brown BMW SUV bearing a Mexico license plate traveling southbound with one male occupant. Shortly after, BPAs began to travel southbound on SR 85. Near mile marker 77, BPAs noticed the same BMW, now travelling northbound with multiple occupants. This seemed suspicious as the BMW would not have been able to travel to the Lukeville Port of Entry (POE) to pick up passengers in time to make it back to mile marker 77 when BPAs observed the BMW this second time. BPAs followed the BMW northbound and contacted agents working near the POE to ask if they had seen a vehicle matching the description of the BMW near the POE. BPAs responded that they had not seen any vehicles matching that description come down to the POE. Record checks were conducted on the Mexican license plate and revealed that the vehicle had no crossings into Mexico for the day. BPAs initiated a vehicle stop for an immigration inspection and the BMW yielded near mile marker 58 on SR 85. As BPAs approached the BMW, they observed two males in the front seats and one male in the back seat. Agents observed that the front and rear passengers were both wearing camouflage pants. The driver, later identified as **Humberto Federico Cruz-Guajardo**, was determined to be a Mexican citizen who lawfully entered the United States through Phoenix, Arizona on a visa. Immigration inspections of the two passengers, including Holbeins Olea-Pacheco, revealed both were Mexican citizens illegally present in the United States. Records checks further showed Olea-Pacheco, does not possess the proper documentation to enter, pass through, or remain in the United States legally. Olea-Pacheco was previously removed from the United States on October 24, 2025, through Nogales, Arizona.
**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent<br>Taylor Garrett |
| Sworn by telephone _X_<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 29, 2025 |

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Price

25-01234MJ

**Continued from previous page.**

After waiving his *Miranda* rights, **Humberto Federico Cruz-Guajardo** said he responded to a social media advertisement offering "drivers were needed to pick up people for easy money". **Cruz-Guajardo** said he would be paid $1,000 for each person/illegal alien he picked up and transported. He said he was told via telephone to pick up the illegal aliens at a predetermined pin drop that was sent to him. He stated he was receiving directions from an unknown contact who was sending him pin drops to specific locations. He stated he was told to pick up three people. Later, after he picked up people, he said he knew "they were illegal". He was then told to drive back to Tucson and that there would be little law enforcement presence. Once in Tucson, he stated he would get a new pin drop to a location in Phoenix. When asked why he decided to transport illegal aliens, he stated he needed the extra money as he does not work in the late afternoons.