**YBARRA MALDONADO LAW GROUP**
Ray Ybarra Maldonado, No. 02706
Nicholas Bustamante, No. 037015
3300 N. Central Avenue, Suite 1700
Phoenix AZ 85012
Telephone: (602) 910-4040
courts@abogadoray.com

Attorney for Defendant *Cruz-Guajardo*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> vs.<br><br>Humberto Federico Cruz-Guardo,<br><br>   Defendant. | Case No.: 2025CR-04915<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

COMES NOW, defense counsel, Nicholas Bustamante, and hereby moves this Court for an order permitting counsel to withdraw in this matter as attorney for the defendant, Humberto Federico Cruz-Guardo.  In support of this motion, counsel states as follows: Defendant has been sentenced on November 14, 2025, for the matter mentioned above and all obligations of defense counsel have been completed.

**RESPECTFULLY SUBMITTED** this 10th day of December 2025.

       **YBARRA MALDONADO LAW GROUP**

       By */s/ Nicholas Bustamante*
        Nicholas Bustamante, Esq.
        Attorneys for Defendant *Cruz-Guajardo*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Hon. James E Marner
U.S. District Court

Tucson Flip Flop AUSA
US Attorneys Office - Tucson, AZ
usaaz.flipflop@usdoj.gov

By */s/ Nicholas Bustamante*
Nicholas Bustamante, Esq.
Attorneys for Defendant *Cruz-Guajardo*